*Cleveland & Goodrich, A. Sidney Camp,* for defendant.

---

### 8054.   MAYOR AND COUNCIL OF WASHINGTON *v.* HARRIS.

LUKE, J. The Supreme Court in *Mayor &c. of Washington* v. *Harris,* 144 *Ga.* 102 (86 S. E. 220), held that the petition in this case set out a good cause of action; the jury were authorized to find that the case as laid had been proved; the charge of the court, when considered as a whole, was full and fair, and the verdict has the approval of the trial judge. The court did not err in overruling the motion for a new trial.

> *Judgment affirmed. Wade, C. J., and George, J., concur.*
> DECIDED JULY 25, 1917.

Action for damages; from Wilkes superior court—Judge Walker. March 9, 1917.

*William Wynne, W. A. Slaton,* for plaintiff in error.

*J. M. Pitner,* contra.